IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE  John L. Kane

Criminal Action No.   08-cr-00162-JLK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SEAN SULZNER,

     Defendant.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to probation .  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 28th day of December, 2010.

BY THE COURT:

By: *s/John L. Kane*
    UNITED STATES DISTRICT JUDGE
    DISTRICT OF COLORADO